UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TARAS JERMAINE WALLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 4:24-cv-00985-MTS |
| PAUL JOSEPH D'AGROSA, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon self-represented Plaintiff Taras Jermaine Wallace's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. After review of Plaintiff's Application, the Court will deny it without prejudice. Plaintiff failed to sufficiently complete the Application. For example, though he indicated he had income in the past twelve months, he did not "describe" the "source of money" and "the amount that [he] received." Rather, he put only that he was "Laid off at the begin[ning] of the year, Jan, or Feb. 2024, or 23." In addition, he failed to provide an answer to the question that asked him about the "[a]mount of money" that he currently has "in cash or in a checking or savings account."

The Court cannot determine whether Plaintiff is truly unable to pay the filing fee if the Court does not know Plaintiff's current income, his employment status since the beginning of 2024, and the amount of money he currently has. These answers are

especially important given that Plaintiff indicates he has no regular monthly expenses whatsoever, and, therefore, would ostensibly be able to pay the filing fee if he has income.

The Court will provide Plaintiff thirty days by which to pay the $405 filing fee or to carefully complete and file another application to proceed in district court without prepaying fees or costs. The Court reminds Plaintiff that the declarations made on the Application are made under penalty of perjury. *See* 18 U.S.C. § 1621 (providing penalties for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED**. No later than **September 13, 2024**, Plaintiff must pay the $405 filing fee in its entirety or carefully complete and file another application to proceed in district court without prepaying fees or costs.

**Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.**

Dated this 14th day of August 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE